**Motion Granted, Petition for Writ of Mandamus Dismissed, and Memorandum Opinion filed March 3, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00619-CV

## IN RE ANTHONY ANGERSTEIN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-80196**

## MEMORANDUM OPINION

Relator Anthony Angerstein filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable R.K. Sandill, presiding judge of the 127th District Court of Harris County, to set aside his July 17, 2019 order compelling the deposition of a counter-affiant whom Angerstein did not designate as a retained expert.

On February 25, 2020, relator filed a motion for voluntary dismissal of this original proceeding because the parties have settled the underlying case. Relator's request for relief is now moot. The motion is GRANTED.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. We also lift this court's stay entered on August 15, 2019.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.

2